IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUMORED INC., | |
| Plaintiff, | Case No.: 1:25-cv-05946 |
| v. | Judge Virginia M. Kendall |
| BAIGRAM ET AL., | Magistrate Judge M. David Weisman |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 32 | LangLang |
| 33 | Fang Fugue |
| 38 | youliyoumian |
| 52 | kjwebfw |
| 58 | 至善若水 |
| 71 | Zamire |
| 73 | Xiaojmake |
| 78 | Foidiccx Lucky Store 7-14days arrival |
| 89 | Rdhnmea FASHION |
| 91 | NOYULI |

DATED:  August 17, 2025                    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 17, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                      */s/ Keith A. Vogt*
                                                      Keith A. Vogt