IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUMORED INC., <br><br> Plaintiff, <br><br> v. <br><br> BAIGRAM ET AL., <br><br> Defendants. | Case No. 1:25-cv-05946 <br><br> **Judge Virginia M. Kendall** <br><br> **Magistrate Judge M. David Weisman** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff RUMORED INC. ("Rumored" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Rumored having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

Rumored having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Rumored has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have reproduced and displayed infringing versions of Rumored's federally registered copyrights, which are protected by U.S. Copyright Registration Nos. VA 2-423-030; VA 2-423-049; VA 2-423-046; VA 2-423-429; VA 2-424-592; VA 2-423-053; VA 2-424-403; VA 2-424-416; VA 2-424-398; VA 2-424-412; VA 2-424-339; VA 2-424-399; VA 2-424-593; VA 2-423-839; VA 2-424-269; and VA 2-424-272 (the "Rumored Works") to residents of Illinois.

This Court further finds that Defaulting Defendants are liable for willful copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Rumored's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. Using, copying, and/or displaying the Rumored Works or any reproductions, infringing copies, or colorable imitations in any manner and

    b. further infringing the Rumored Works and damaging Plaintiff's goodwill; and

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), Temu, LLC ("Temu"), and Walmart Inc. ("Walmart") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

   a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to reproduce or display the Rumored Works; and

   b. operating and/or hosting websites that are involved with the reproduction or display of any image bearing the Rumored Works or any reproductions, infringing copies or colorable imitations thereof that is not authorized by Rumored to be sold in connection with the Rumored Works.

3. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the reproduction or display of infringing images using the Rumored Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Rumored is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful reproduction and display of infringing Rumored Works in online store listings through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, Temu, and Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, Temu and Walmart, are hereby released to Rumored as partial payment of the above-identified damages, and Third Party Providers, including Amazon, Temu, and Walmart, are ordered to release to Rumored the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Rumored has recovered full payment of monies owed to it by any Defaulting Defendant, Rumored shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Rumored identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Rumored may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Default Judgment.

Dated: 8/21/2025

Virginia M. Kendall
United States District Judge

4

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | ███ |
| 2 | ███ |
| 3 | ███ |
| 4 | ███ |
| 5 | ███ |
| 6 | ███ |
| 7 | Fangtianhu123 |
| 8 | YiwanZHne BEST DEAL |
| 9 | ZaoZhuangEnJun |
| 10 | Ladily |
| 11 | GENGLAN |
| 12 | dushue |
| 13 | WANGLIXIA |
| 14 | lifengqing |
| 15 | LIYULIN |
| 16 | ZHANGYUFANG |
| 17 | ███ |
| 18 | ███ |
| 19 | ███ |
| 20 | ███ |
| 21 | Jinsine |
| 22 | BINGXIAO-US |
| 23 | ███ |
| 24 | ███ |
| 25 | Huansu Trading |
| 26 | ███ |
| 27 | tuosiqi |
| 28 | Starry Night Mart US |
| 29 | ███ |
| 30 | ███ |
| 31 | KGQCSHOP |
| 32 | ███ |
| 33 | ███ |
| 34 | ███ |
| 35 | Shinin |
| 36 | Ai bearty |
| 37 | LEZOOEY |
| 38 | ███ |
| 39 | Kimydreama |
| 40 | ███ |

| | |
|---|---|
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |
| 49 | 成都枫静莹服装有限公司 |
| 50 | |
| 51 | |
| 52 | |
| 53 | Sdemoki |
| 54 | |
| 55 | |
| 56 | |
| 57 | |
| 58 | |
| 59 | Gu5efdif -- Black Friday And Cyber Monday Deals |
| 60 | |
| 61 | |
| 62 | |
| 63 | |
| 64 | |
| 65 | |
| 66 | |
| 67 | |
| 68 | BOLINYA |
| 69 | |
| 70 | |
| 71 | |
| 72 | |
| 73 | |
| 74 | PABZCFL |
| 75 | |
| 76 | |
| 77 | |
| 78 | |
| 79 | |
| 80 | The Cozy Corner |
| 81 | guangzhouluobinshangmaoyouxiangongsi |
| 82 | Raruxxin Fashion |

| | |
|---|---|
| 83 | SuBoXianShangMao |
| 84 | Owls Yard |
| 85 | LOLIUICCA FASHION |
| 86 | boen |
| 87 | YueKangKeJi |
| 88 | Soebyier.Store |
| 89 | |
| 90 | hengyuzhuangshi |
| 91 | |
| 92 | Shibufan Tech |
| 93 | Lihaoyi trading co., ltd |
| 94 | ShowNew |
| 95 | TOPGOD Wardrobe |
| 96 | Aurora Polaris |
| 97 | Pretty girl |
| 98 | JEOCODY |
| 99 | Fullvigor Store |
| 100 | Mora Tech123 |
| 101 | Mora Tech |
| 102 | Envi Fashions |
| 103 | Ysa Shopping Home |
| 104 | Suealasg |
| 105 | Caoirhny |
| 106 | Shunnanmei trading co., ltd |
| 107 | Biezeib |
| 108 | Kinmae |
| 109 | NXBF.COT |
| 110 | SSSTARS |
| 111 | Saror boutique |
| 112 | Coduop |
| 113 | Raspberries Baby |
| 114 | Linkes |
| 115 | Simple Choice Co.,Ltd |
| 116 | FIower worid |